Gambit Clyde SHREVE, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2012–7077.

United States Court of Appeals, Federal Circuit.

Jan. 18, 2013.

Thomas R. Bender, Chisholm Chisholm & Kilpatrick, Ltd., of Providence, Rhode Island, argued for claimant-appellant. Of counsel was Zachary M. Stolz.

Michael S. Macko, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Jonathan E. Taylor, Attorney, United States Department of Veterans Affairs, of Washington, DC.

PROST, O'MALLEY, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.